APPEAL NO. 77-435. DONALD R. FAGUNDES *et ux. v.* VICTOR ALBINIANO *et ux.* This matter came on to be heard

on a show cause order issued by this court on October 25, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *James O. Watts,* for plaintiff. *Edward J. Regan,* for defendants.